**FILED**
July 21, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES ANTHONY JACKSON,

    Defendant.

Case No. 2:24-cr-00240-JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release JAMES ANTHONY JACKSON, Case No. 2:24-cr-00240-JAM, 18 USC § 3583, from custody

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ $ _____

    _____ Unsecured Appearance Bond $ $ _____

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

    __X__ (Other): Release on previously imposed Supervised Release conditions and location monitoring condition as stated on the record.

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on July 21, 2025 at 2:00 PM

By: _/s/ Chi Soo Kim_____

Magistrate Judge Chi Soo Kim